UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN JAY SENCIAL | CIVIL ACTION |
| VERSUS | NO. 23-3351 |
| JEFFERSON PARISH SHERIFF JOSEPH LOPINTO, III, ET AL. | SECTION "A"(4) |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that plaintiff Steven Jay Sencial's Motion to Show Cause for a Preliminary Junction and a Temporary Restraining Order (ECF No. 23) is **DENIED**.

New Orleans, Louisiana, this <u>12th</u> day of <u>July</u>, 2024.

_____
UNITED STATES DISTRICT JUDGE