UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEVEN JAY SENCIAL** | * | **CIVIL ACTION NO. 23-3351** |
| Plaintiff | * | **SECTION "A" (4)** |
| **VERSUS** | * | **JUDGE ZAINEY** |
| **JEFFERSON PARISH SHERIFF JOSEPH LOPINTO, III, ET AL** | * | **MAGISTRATE ROBY** |
| Defendants. | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel come Defendants, CorrectHealth Jefferson, LLC, Juanita Alexander-Sallier, Phillip Nowlin, and Clara McKinley (hereinafter "Defendants"), who respectfully move to withdraw Kathy A. Rito (La. Bar #31302) as counsel of record and that Kevin R. Derham (La. Bar #27163) of Wanek Kirsch Davies LLC be enrolled as counsel of record for Defendants.

**WHEREFORE,** Defendants, CorrectHealth Jefferson, LLC, Juanita Alexander-Sallier, Phillip Nowlin, and Clara McKinley, pray for an order of the Court substituting Kevin R. Derham in place of Kathy A. Rito as its counsel of record and withdrawing Kathy A. Rito as counsel of record in the above captioned matter.

Respectfully submitted:

**SIMON PERAGINE SMITH & REDFEARN LLP**

_____/s/ Kathy A. Rito_____
**KATHY A. RITO (Bar No. 31326)**
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: 504-569-2030
Fax: 504-569-2999
Email: katr@spsr-law.com

_____/s/ Kevin R. Derham_____
**KEVIN R. DERHAM (27163)**
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: 504-324-6493
Facsimile: 504-324-6626
Email: kderham@wkdlawfirm.com
***Attorney for Defendants***

_____/s/ Kyle P. Kirsch_____
**KYLE P. KIRSCH (26363)**
**KEVIN R. DERHAM (27163)**
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: 504-324-6493
Facsimile: 504-324-6626
Email: kkirsch@wkdlawfirm.com
Email: kderham@wkdlawfirm.com
***Attorney for Defendants***

AND

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via electronic mail to all counsel of record and filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system and/or via electronic mail this 2nd day of July 2025.

_____/s/   Kyle P. Kirsch_____