UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN JAY SENCIAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3351** |
| **SHERIFF JOSEPH LOPINTO III, ET AL.** | **SECTION (4)** |

### ORDER AND REASONS

Plaintiff Steven Jay Sencial ("Sencial") filed a **Motion to Subpoena Witnesses (ECF No. 113)** requesting that the Court order the State of Louisiana Department of Corrections to produce a list of witnesses "to testify on behalf of the petitioner for trial in cases 22-4235 and 23-3351 as well as 23-3054." Presumably, Sencial is requesting the Court to subpoena witnesses in the above captioned matter as well two other cases he brought in the United States District Court for the Eastern District of Louisiana under *Sencial v. Lopinto et al*, Civ. No. 22-4235"L"(1) (E.D. La. Oct. 26, 2022) and *Sencial v. Lopinto et al*, Civ. No. 23-3054"E"(5) (E.D. La. Aug. 2, 2023).

While the undersigned has no authority to grant or deny Sencial's request in Civ. No. 22-22-4235"L"(1) nor Civ. No. 23-3054"E"(5), the above captioned matter was dismissed via order and reasons granting Defendants' motions for summary judgment on April 14 and 15, 2026. ECF Nos. 95, 96. A judgment was entered in favor of all Defendants, and the case is no longer in trial posture as the matter is closed. ECF No. 97. Accordingly,

**IT IS ORDERED** that Steven Jay Sencial's **Motion to Subpoena Witnesses (ECF No. 113)** is **DENIED** to the extent that he requests the subpoena of witnesses in the above captioned matter.

New Orleans, Louisiana, this 1st day of June, 2026.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**